IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARIO INFANTE

    Petitioner,                    No. Civ. S-09-0251 GEB EFB P

    vs.

JOHN W. HAVILAND,

    Respondent.                <u>ORDER TO SHOW CAUSE</u>

_____/

    Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. On September 9, 2009, the court ordered respondent to file, within 60 days, a response to the petition. The 60-day period has passed and respondent has not filed an answer or a motion to dismiss.

    Good cause appearing, IT IS HEREBY ORDERED that within fourteen days from the date of this order respondent shall file and serve an answer to the petition for writ of habeas corpus or a motion to dismiss, and shall show cause in writing why sanctions should not be imposed for the failure to timely file a response to the petition.

Dated: December 8, 2009.

*[signature]*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE