IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARIO INFANTE,

    Petitioner,                No. CIV S-09-0251 GEB EFB P

    vs.

JOHN W. HAVILAND,

    Respondent.           ORDER

_____/

    Petitioner is a state prisoner proceeding without counsel with a petition for writ of habeas corpus. *See* 28 U.S.C. § 2254. On December 8, 2009, when counsel for respondent failed to timely file an answer, the court issued an order to show cause why sanctions should not issue. On December 10, 2009, respondent's counsel filed a response to the order to show cause and on December 11, 2009, respondent filed an answer.

    Good cause appearing, the court's December 8, 2009, order to show cause is discharged. The court notes that petitioner filed a traverse on January 5, 2010, and the application is now submitted for decision.

Dated: February 1, 2010.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE